UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :     Hon. Douglas E. Arpert
                                  :
              v.                  :     Mag. No. 12-2514
                                  :
                                  :     SEALING ORDER
GERSHON CLARK                     :


          This matter having come before the Court upon the
application of the United States of America (Fabiana Pierre-
Louis, Assistant U.S. Attorney, appearing), for an arrest warrant
and its concurrent application, that the Complaint filed against
the person named in the warrant be filed under seal, and good
cause having been shown,

          IT IS, on this ___13th___ day of June, 2012,

          ORDERED that, except for such copies of the arrest
warrant as are necessary to accomplish its purpose, the Complaint
and all other documents filed in this matter be and hereby are
SEALED until the arrest warrant is executed or until further
order of the Court.


                         _____
                         HONORABLE DOUGLAS E. ARPERT
                         United States Magistrate Judge